IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD BARRON, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 2:14-CV-1095-WKW |
| | ) (WO) |
| AMEX INSURANCE COMPANY, | ) |
| Defendant. | ) |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that Judgment is entered in favor of Defendant and against Plaintiff and that Plaintiff take nothing from his suit.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 11th day of July, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE